■ PROVINCIAL REFINING COMPANY LIMITED et al., Appellants, v KLEIN-WORT BENSON, LTD., et al., Respondents.—Order and judgment, Supreme Court, New York County, entered on October 14, 1977, and October 20, 1977, respectively, unanimously affirmed for the reasons stated by Gomez, J., at Special Term. Respondents shall recover of appellants $75 costs and disbursements of this appeal. Concur—Fein, J. P., Sullivan, Lane, Markewich and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID LEV, Appellant.—Judgment, Supreme Court, Bronx County, rendered on December 15, 1977, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Sandler, J. P., Lane, Markewich, Lupiano and Bloom, JJ.

■ JACK J. AMIEL, Respondent, v STANLEY BURNS, Appellant.—Order and judgment, Supreme Court, New York County, both entered on May 26, 1978, unanimously affirmed for the reasons stated by Greenfield, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Sandler, J. P., Sullivan, Lane, Lupiano and Silverman, JJ.

(Republished)

■ BENSON & PARTNERS, LTD., et al., Appellants, v ALEXANDER'S DEPARTMENT STORE, INC., et al., Respondents.—Judgment, Supreme Court, New York County, entered on September 16, 1977, unanimously affirmed. Respondents shall recover of appellants $75 costs and disbursements of this appeal. Appeal from the order of said court entered on September 14, 1977, dismissed as subsumed in and reviewed on the appeal from said judgment, without costs and without disbursements. The order of this court entered on February 15, 1979 [67 AD2d 870], is vacated. No opinion. Concur—Kupferman, J. P., Fein, Markewich, Silverman and Yesawich, JJ.

■ In the Matter of BENEDICT A. CAIOLA, Admitted as BENEDICT ANTHONY CAIOLA, an Attorney.—Motions granted and respondent is reinstated to practice as an attorney and counselor at law in the State of New York. Concur—Murphy, P. J., Sandler, Sullivan, Markewich and Lupiano, JJ.

■ PRINCETON KNITTING MILLS, INC. v LINCOLN PROCESSING CORP. FONDA MANUFACTURING CORPORATION v LINCOLN LAMINATING CORP.—Motions to dismiss the appeals of each plaintiff from the judgments granted, with $20 costs, unless plaintiffs perfect the consolidated appeals from said judgment for the June 1979 Term. Plaintiffs' appeals from the intermediate orders entered November 22, 1977 are dismissed *sua sponte* pursuant to *Jema Props. v McLeod* (51 AD2d 702). The appeals and cross appeals from the judgment are consolidated for purposes of argument and may be heard upon one record on appeal and one set of appellants' points covering the consolidated appeals. Concur—Birns, J. P., Evans, Fein, Sullivan and Lupiano, JJ.